AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| Shelly Ivy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:15-cv-02487 |
| Select Student Loan Help | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Select Student Loan Help
4201 Wilshire Blvd.
Los Angeles, CA 90010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on Plaintiff or plaintiff's attorney, whose name and address are:

Jenny DeFrancisco, Esq.
LEMBERG LAW LLC
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
CLERK OF COURT

Date: 8-28-2015

*Signature of Clerk or Deputy Clerk*

United States District Court - Southern District Of Texas

Case #: **415CV02487**

**Ivy**

*Plaintiff*
**vs**
**Select student loan help**

*Defendant*

## AFFIDAVIT OF SERVICE
(Private Process)

I, ROBERT A. HALL, being duly sworn deposes that I am a competent person more than 18 years of age or older and not a party to this action. That I received the documents stated below on 09/14/15 instructing for same to be delivered upon SELECT STUDENT LOAN HELP

| | |
|---|---|
| That I delivered to: | **SELECT STUDENT LOAN HELP** |
| the following: | **SUMMONS IN A CIVIL ACTION; COMPLAINT JURY; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES; JOINT PRETRIAL ORDER; JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE; SCHEDULING ORDER; CERTIFICATE OF SERVICE IN REMOVED ACTION** |
| at this address: | **3530 WILSHIRE BLVD #690 , LOS ANGELES, CA  90010** |
| Manner of Delivery: | **by PERSONALLY delivering the document(s) to the person above.** |
| Date and Time: | **Tuesday September 22 2015 at 03:50PM** |

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Executed By:
9/28/15
Date                                              Signature of Server                    Lic#: 6932

On this day ROBERT A. HALL appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therin are true and correct. Given my hand and seal of office on this date 9/28/15   .

NOTARY PUBLIC FOR THE STATE OF

LEMBERG & ASSOCIATES LLC
1100 SUMMER STREET, 3RD FLOOR
STAMFORD, CT  06905

Service Fee: $131.00

203 653-2250



GLEN EVAN BUTER
Commission # 1993895
Notary Public - California
Los Angeles County
My Comm. Expires Oct 13, 2016

2673.183277