United States District Court
Southern District of Texas
**ENTERED**
January 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Shelly Ivy,

    Plaintiff,

v.

Select Student Loan Help,

    Defendant.

Civil Action No.: 4:15-cv-02487

## FINAL JUDGMENT

This matter is coming to be heard on Plaintiff's Motion for Default Judgment against Defendant Select Student Loan Help. Upon consideration of Plaintiff's motion and the submissions in support it is:

ORDERED that a judgment shall be entered against Defendant Select Student Loan Help for violating the Telephone Consumer Protection Act;

ORDERED that Defendant Select Student Loan Help pay Plaintiff damages pursuant to 47 U.S.C. § 227. in the amount of $7500.00.

**IT IS SO ORDERED.**

Dated: 1-19, 2016

_____
HON. VANESSA GILMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOREATHA WALKER, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | C.A. NO. 4:15-CV-02890 |
| | § | |
| NEIGHBORHOOD CENTERS, INC., | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER ~~GRANTING~~ DENYING DEFENDANT NEIGHBORHOOD CENTERS INC.'S MOTION TO DISMISS WITH PREJUDICE

Defendant Neighborhood Centers Inc.'s Motion to Dismiss Plaintiff's Claims with Prejudice ("Motion") came on for consideration this date. The Court finds that the Motion is ~~granted. It is, therefore,~~ DENIED.

ORDERED that Plaintiff Doreatha Walker's claims against Neighborhood Centers Inc. are hereby dismissed with prejudice. It is further,

ORDERED that Plaintiff Doreatha Walker shall take nothing from her claims against Neighborhood Centers Inc. in this case.

Signed this 14th day of Jan., 2016.

_____
UNITED STATES DISTRICT JUDGE

2136758v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ASR 2401 Fountainview, LLC | § § § | |
| DEBTOR. | § § § | CIVIL ACTION NO. 4:15cv2466 |
| Jetall Companies, Inc. APPELLANT | | |

## ORDER GRANTING EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

It is

**ORDERED** that Appellant has up to, and including, January 18, 2016 to file its Appellant's Brief.

Dated: 1-19-16

_____
UNITED STATES DISTRICT COURT JUDGE